# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SARAH COOK ON BEHALF OF HER
MINOR CHILD, B.C.,
INDIVIDUALLY AND ON BEHALF
OF HER DECEASED FATHER, ERIC
COOK

VERSUS

VICTORIA ANN REID, DAPHNE
DUVALL MEYER AND SAFECO
INSURANCE COMPANY OF OREGON

NO.  2026 CW 0529

JULY 27, 2026

---

In Re:    Daphne Duvall Meyer, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202414161.

---

**BEFORE:    PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.**

AHP
HG
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT